*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jenkins Storage LLC
    Debtor(s)

Case No: 26–10083–amc

Chapter: 11

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to be represented by counsel.

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

    on: 1/21/26

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Mohung Wong
    Clerk of Court

Dated: January 9, 2026

7
Form 175